IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JERRY G. HARRIS                                                                        PLAINTIFF

VS.                        Civil Case No. 4:07CV00064 HLJ

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration
DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that the decision of the Commissioner is reversed and this case is remanded for action consistent with the opinion.

SO ADJUDGED this 27th day of March, 2008.

_____
UNITED STATES MAGISTRATE JUDGE